UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(ROCK HILL DIVISION)

| | | |
|---|---|---|
| TIFFANY COLEMAN, KELI SWANN, and HEATHER BROOKE, individually and on behalf of all others similarly situated, | } } } } } | |
| Plaintiffs, | } } | CASE NO.: 0:21-cv-00721-SAL |
| v. | } } } | |
| BRITAX CHILD SAFETY, INC., | } } } | |
| Defendant. | } } | |

### NOTICE OF SETTLEMENT
### AND JOINT MOTION TO STAY PROCEEDINGS

Plaintiffs Heather Brooke, Tiffany Coleman, and Keli Swann and Defendant Britax Child Safety, Inc. hereby notify the Court that the parties have reached an agreement-in-principle to settle the litigated claims in this case on a class-wide basis, subject to Court approval.

The parties are presently drafting a Settlement Agreement and related documents. Plaintiffs' counsel anticipates filing the Settlement Agreement and related documents with the Court as part of a Motion for Preliminary Approval within the next 60 days. Accordingly, the parties jointly move for an order staying all proceedings in the case for 60 days. The parties further request the Court set a deadline of August 25, 2023 for Plaintiffs to file their Motion for Preliminary Approval.

| | |
|---|---|
| Dated: June 21, 2023. | Respectfully submitted, |
| MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC | WOMBLE BOND DICKINSON (US), LLP |
| By: /s/ Harper T. Segui<br>   Harper T. Segui<br>   Martha A. Geer*<br>   900 W. Morgan Street<br>   Raleigh, NC 27603<br>   Phone: (919) 600-5000<br>   Fax: (919) 600-5035<br>   hsegui@milberg.com<br>   mgeer@milberg.com<br><br>   Jonathan B. Cohen*<br>   800 S. Gay Street, Suite 1100<br>   Knoxville, TN 37929<br>   Phone: (865) 247-0080<br>   Fax: (865) 522-0049<br>   jcohen@milberg.com<br><br>   *Admitted pro hac vice<br><br>**Attorneys for Plaintiffs** | By: /s/ Kevin A. Hall<br>   Kevin A. Hall (Federal Bar No. 5375)<br>   kevin.hall@wbd-us.com<br>   M. Todd Carroll (Federal Bar No. 9742)<br>   todd.carroll@wbd-us.com<br>   Bryant S. Caldwell (Federal Bar No. 13125)<br>   bryant.caldwell@wbd-us.com<br>   1221 Main Street, Suite 1600<br>   Columbia, South Carolina 29201<br>   Tel: (803) 454-6504<br><br>   Mark P. Henriques (NC Bar. No. 18701)<br>   mark.henriques@wbd-us.com<br>   3500 One Wells Fargo Center<br>   301 South College Street<br>   Charlotte, North Carolina 28202-6025<br>   Tel: (704) 331-4912<br>   *Admitted pro hac vice*<br><br>MORRISON & FOERSTER LLP<br><br>   Purvi G. Patel (CA Bar No. 270702)<br>   PPatel@mofo.com<br>   707 Wilshire Boulevard, Suite 6000<br>   Los Angeles, California 90017-3543<br>   Tel: (213) 892-5200<br>   Fax: (213) 892-5454<br>   *Admitted pro hac vice*<br><br>   Erin M. Bosman (CA Bar No. 204987)<br>   EBosman@mofo.com<br>   12531 High Bluff Drive, Suite 100<br>   San Diego, California 92130<br>   Tel: (858) 720-5100<br>   Fax: (858) 720-5125<br>   *Admitted pro hac vice* |

Zachary S. Newman (NY Bar No. 5651518)
ZNewman@mofo.com
250 West 55th Street
New York, New York 10019
Tel: (212) 468-8000
Fax: (212) 468-7900
*Admitted pro hac vice*

**Attorneys for Defendant Britax Child Safety, Inc.**