UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(ROCK HILL DIVISION)

| | |
|---|---|
| TIFFANY COLEMAN, KELI SWANN, and HEATHER BROOKE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BRITAX CHILD SAFETY, INC.,<br><br>　　　　Defendant. | CASE NO.: 0:21-cv-00721-SAL |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS**

　　Plaintiffs Tiffany Coleman, Keli Swann, and Heather Brooke respectfully move, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an Order granting preliminary approval of a proposed class action Settlement with Defendant Britax Child Safety, Inc, conditional certification of the Settlement Class as defined in the Settlement Agreement, and approval of the proposed notice to the Settlement Class.[1]

　　For the reasons set forth in the supporting Memorandum, Plaintiffs respectfully move the Court for an Order:

　　1.　　Granting preliminary approval of the Settlement;

　　2.　　Certifying a Rule 23(b)(3) class for settlement purposes;

---

[1] The Settlement Agreement and its Exhibits are attached as Exhibit 1 to the Geer Declaration filed in support of this Motion.

1

3. Appointing Plaintiffs as Class Representatives;

4. Appointing Jonathan Cohen and Martha Geer of Milberg Coleman Bryson Phillips Grossman, PLLC as Class Counsel;

5. Approving the Parties' proposed form and method of providing notice of the Settlement to the Settlement Class under Rule 23(c)(2)(B) and 23(e)(2); and

6. Scheduling a fairness hearing for final approval of the Settlement and to decide Class Counsel's application for attorneys' fees and expenses incurred in representing the Settlement Class and service awards for the Class Representatives.

Accordingly, Plaintiffs respectfully request entry of an Order preliminarily approving the Settlement and proposed notice and conditionally certifying the Settlement Class.

Dated: August 14, 2023.                                   Respectfully submitted,

/s/ *Harper T. Segui*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Harper T. Segui
Martha A. Geer*
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
hsegui@milberg.com
mgeer@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Jonathan B. Cohen*
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Phone: (865) 247-0080
Fax: (865) 522-0049
jcohen@milberg.com

*Attorneys for Plaintiffs*

* admitted *pro hac vice*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2023, I caused the foregoing to be filed via the Court's electronic filing system which will notify all counsel of record of the same.

/s/ *Harper T. Segui*
Harper T. Segui