UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(ROCK HILL DIVISION)

| | |
|---|---|
| TIFFANY COLEMAN, KELI SWANN, and HEATHER BROOKE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BRITAX CHILD SAFETY, INC., <br><br> Defendant. | CASE NO.: 0:21-cv-00721-SAL |

## **PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND UNCONDITIONAL CERTIFICATION OF SETTLEMENT CLASS**

Plaintiffs Tiffany Coleman, Keli Swann, and Heather Brooke, on behalf of themselves and the Settlement Class Members, respectfully move, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an order finally approving the class action Settlement Agreement (ECF No. 119-3) with Defendant Britax Child Safety, Inc and unconditionally certifying the Settlement Class.

For the reasons set forth in the supporting Memorandum, Plaintiffs respectfully move the Court for an Order:

1. Granting final approval of the Settlement as fair, adequate, and reasonable as required by Rule 23(e) and due process;

2. Unconditionally certifying a Rule 23(b)(3) class for settlement purposes;

3. Approving the method of allocation and distribution of the Cash Minimum Fund as set forth in the Settlement Agreement; and

4. Authorizing and directing the implementation of all terms and provisions of the Settlement Agreement.

Dated: January 22, 2024.

Respectfully submitted,

/s/ *Harper T. Segui*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Harper T. Segui
Martha A. Geer*
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
hsegui@milberg.com
mgeer@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Jonathan B. Cohen*
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Phone: (865) 247-0080
Fax: (865) 522-0049
jcohen@milberg.com

*Attorneys for Plaintiffs*

* admitted *pro hac vice*

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 22, 2024, I caused the foregoing to be filed via the Court's electronic filing system which will notify all counsel of record of the same.

*/s/ Harper T. Segui*
Harper T. Segui
